THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FRANCISCO PEREZ, Appellant. [682 NYS2d 906] —Appeal by the

defendant from a judgment of the Supreme Court, Kings County (Starkey, J.), rendered January 2, 1996, convicting him of criminal sale of a controlled substance in the third degree and criminal sale of a controlled substance in or near school grounds, upon a jury verdict, and imposing sentence.

Ordered that the judgment is affirmed.

The court properly denied, without a hearing, that branch of the defendant's omnibus motion which was to suppress physical evidence. The defendant failed to make sufficient factual allegations of standing to contest the search (*see, People v Parker,* 245 AD2d 313; *see also, People v Mendoza,* 82 NY2d 415).

The defendant's sentence was not excessive (*see, People v Suitte,* 90 AD2d 80).

The defendant's remaining contention is unpreserved for appellate review (*see,* CPL 470.05 [2]; *People v Smith,* 222 AD2d 535), and, in any event, without merit. Bracken, J. P., O'Brien, Sullivan and Goldstein, JJ., concur.